

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2019

No. 04-18-00830-CV

Rene **VELA,**
Appellant

v.

**MURPHY EXPLORATION & PRODUCTION COMPANY-USA** and Nabors Drilling
Technologies, Inc.,
Appellees

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-05-12283-DCV-AJA
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

Appellant's brief was originally due January 11, 2019; however, the court granted an extension of time until February 11. Appellant has filed a motion asking for an additional thirty-day extension of time to to file the brief.

We grant the motion and **order** appellant's brief due **March 13, 2019** (61 days after the original due date). The court does not ordinarily grant extensions of more than sixty days beyond the original due date. Counsel is therefore advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2019.



KEITH E. HOTTLE,
Clerk of Court